1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| KEITH SUTTON, | Case No.: 2:22-CV-00732-KJM-CKD |
|---|---|
| Plaintiff, | |
| vs. | **ORDER RE JOINT STIPULATION RE STANDARD OF REVIEW** |
| METROPOLITAN LIFE INSURANCE COMPANY, SCIENTIFIC GAMES CORPORATION EMPLOYEE BENEFIT PLAN and DOES 1 THROUGH 10; INCLUSIVE, | |
| Defendants. | |

– 1 –

– 2 –

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

WHEREFORE, the parties agree that the standard of review applicable to the Plaintiff Keith Sutton's claims is *de novo* for purposes of the trial of this case; and

WHEREFORE, Defendants Metropolitan Life Insurance Company and Scientific Games Corporation Employee Benefit Plan's (collectively, "Defendants") stipulation to a *de novo* standard of review in this case is for purposes of the trial of this case only and without reference to the appropriate standard of review in any other case. Defendants' stipulation on the standard of review should not be construed as a concession that a *de novo* standard of review is applicable in any other pending or future cases against either defendant.

**IT IS SO ORDERED.**

Dated: October 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE