# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH SUTTON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; SCIENTIFIC GAMES CORPORATION EMPLOYEE BENEFIT PLAN; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:22-cv- 00732-KJM-CKD<br><br>(Honorable Kimberly J. Mueller, Courtroom: 3 - 15th Floor)<br><br>**ORDER CONTINUING ERISA BENCH TRIAL**<br><br>Complaint Filed:  4/28/22 |

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, the bench trial in this matter will be continued to June 30, 2023, at 10:00 a.m.

IT IS SO ORDERED.

DATED: April 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE