UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KEITH SUTTON,<br><br>        Plaintiff,<br><br>   vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, SCIENTIFIC GAMES CORPORATION EMPLOYEE BENEFIT PLAN and DOES 1 THROUGH 10; INCLUSIVE,<br><br>        Defendants. | Case No.: 2:22-CV-00732-KJM-CKD<br><br>**JUDGMENT** |

– 1 –

JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

On June 30, 2023, the above matter commenced in a bench trial before this Court. After consideration of all evidence presented, as well as the parties' arguments at trial, it is HEREBY ORDERED, ADJUDGED, and DECREED that Judgment be entered in favor of Plaintiff Keith Sutton ("Mr. Sutton") and against Defendant Metropolitan Life Insurance Company ("MetLife") in accordance with the Court's Order (Docket No. 39).

MetLife's denial of Mr. Sutton's claim for long-term disability benefits was incorrect and is hereby overturned. MetLife is ordered to pay Mr. Sutton long-term disability benefits pursuant to the terms of the applicable employee benefits plan, for the period from November 24, 2020 through November 23, 2021, the final day Mr. Sutton was eligible for benefits under the terms of the plan.

The Court awards prejudgment and post-judgment interest in favor of Mr. Sutton at the rate specified in 28 U.S.C. § 1961.

Mr. Sutton may apply to the Court for an award of attorneys' fees and recoverable litigation costs.

IT IS SO ORDERED.

DATED: August 7, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE