UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KEITH SUTTON,<br><br>        Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, SCIENTIFIC GAMES CORPORATION EMPLOYEE BENEFIT PLAN and DOES 1 THROUGH 10; INCLUSIVE,<br><br>        Defendants. | Case No.: 2:22-CV-00732-KJM-CKD<br><br>**ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FFES AND COSTS** |

**<u>ORDER</u>**

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiff Keith Sutton to file his motion for attorneys' fees and costs is continued to October 2, 2023.

IT IS SO ORDERED.

Dated: August 15, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

– 1 –

ORDER