UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| KEITH SUTTON,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, SCIENTIFIC GAMES CORPORATION EMPLOYEE BENEFIT PLAN and DOES 1 THROUGH 10; INCLUSIVE,<br><br>　　　　　　Defendants. | Case No.: 2:22-CV-00732-KJM-CKD<br><br>**ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR ATTORNEYS' FFES AND COSTS** |

**<u>ORDER</u>**

　　Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline for Plaintiff Keith Sutton to file his motion for attorneys' fees and costs is continued to October 23, 2023.  Any further requests for extensions of time that do not include a detailed explanation of good cause will be denied.

　　IT IS SO ORDERED.

DATED:  September 29, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

– 1 –

ORDER